UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Denina S. Taylor,<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 23-10361<br><br>Chapter: 7<br><br>Honorable Janet S. Baer<br><br>Adv. No.: |

### ORDER MODIFYING THE AUTOMATIC STAY

This matter coming to be heard on the motion of Capital One Auto Finance, a division of Capital One, N.A., to modify the automatic stay, due notice having been given to all parties entitled thereto, and this Court being fully advised on the premises,

IT IS HEREBY ORDERED THAT:

1. The automatic stay of 11 U.S.C. § 362 is modified so as to not restrain Capital One Auto Finance, a division of Capital One, N.A., from pursuing non bankruptcy remedies with respect to one (1) 2021 Jeep Cherokee Utility 4D Latitude 4WD 2.4L I4, VIN 1C4PJMCB7MD103172.

2. Fed. R. Bankr. P. 4001(a)(3) is waived and this order is effective immediately.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 08, 2023

**Prepared by:**

James M. Philbrick

Law Offices of James M. Philbrick, P.C.

P.O. Box 351

Mundelein, IL 60060